MURPHY, administratrix, *v.* METROPOLITAN LIFE INSURANCE CO.

PER CURIAM. In a suit upon a policy of life insurance containing a provision that it shall be incontestable after one year from the date of its issue, except for fraud or misstatement of age, where the petition shows that the policy was in force for more than one year and does not show any fraud or misstatement of age, but does show that the death of the insured was by the hands of justice, the petition is not subject to demurrer on the ground that it shows that there is no cause of action, because the fact, alleged therein, that the insured came to his death by the hands of justice, releases the insurer from the obligation of the contract and the payment of the policy of insurance would be against public policy.                *All the Justices concur, except*

BECK, P. J., who dissents, being of the opinion that the express provision of section 2500 of the Civil Code, in regard to the effect of death of the insured by the hands of justice, requires a contrary decision.

No. 2426. DECEMBER 15, 1921.

The Court of Appeals requested instruction of the Supreme Court upon the following question (in Case No. 11356):

"Where, in a suit upon a policy of life-insurance which contains a provision that it shall be incontestable after one year from the date of its issue, except for fraud or misstatement of

age, the petition shows that the policy was in force for more than one year, and does not show any fraud or misstatement of age, but further shows that the death of the insured was by the hands of justice more than one year after the policy was issued, is the petition subject to demurrer on the ground that the petition shows no cause of action, because the fact, alleged therein, that the insured came to his death by the hands of justice, releases the insurer from the obligation of its contract, and the payment of the policy would be against public policy?"

*T. F. Harrison* and *John J. Foster,* for plaintiff.

*C. H. & R. S. Cohen,* for defendant.